# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00514-CV

**HSBC Bank Nevada, N.A., Appellant**

**v.**

**John David Elmore, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-05-003637, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant HSBC Bank Nevada, N.A., has notified this Court that the parties have resolved and settled all issues made the basis of this appeal. Appellant has filed unopposed motions to dismiss its appeal and certifies that it has conferred with appellee John David Elmore and that Elmore does not oppose the motions. We grant the motions and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motions

Filed:   May 4, 2010